Russell S. Moore, Appellee, v. William L. Edmonds et al., Defendants.
Appeal of William L. Edmonds et al., Appellants.

Gen. No. 42,201.

Heard in first division, first district, this court

454

at April term, 1942; opinion filed November 30, 1942. Ekern, Meyers & Matthias, for appellants; Donald L. Thompson, William G. Chorn and Walter F. Dodd, of counsel; Gardner, Carton & Douglas, for appellee; Erwin W. Roemer, Charles T. Shanner and William L. Fay, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''